IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.
JUAN A. CARRAZCO

    Plaintiff,

v.

GARFIELD COUNTY SHERIFF DEPUTY MORRISON
    Defendant.

---

COMPLAINT FOR DAMAGES UNDER 42 U.S.C. § 1983 and 42 U.S.C. § 1988, AND JURY DEMAND

---

Plaintiff, Juan A. Carrazco, (hereinafter "Mr. Carrazco"), by counsel, for his Complaint against the Defendant, Detention Deputy Morrison.

## INTRODUCTION

1. This is a civil rights action in which Juan A. Carrazco seeks relief for the violation of his rights secured by 42 USC §1983, §1988, and the Fourth and Fourteenth Amendments of the United States Constitution.

2. The claims arise from a May 11, 2019, incident in which a Garfield County Deputy acting under color of state law, intentionally and willfully threw an entire deck of playing cards at Mr. Carrazco while he was sleeping, hitting him in the genitalia, causing Mr. Carrazco significant injury to Mr. Carrazco's left testicle.

3. Mr. Carrazco seeks monetary damages (special, compensatory, and punitive) against Defendant, as well as an award of costs and attorneys' fees, and such other and further relief as the Court deems just and proper.

///

## JURISDICTION AND VENUE

4. This action arises under the Constitution of the United States, particularly the Fourth, and Fourteenth Amendments to the Constitution of the United States, and the law of the United States, particularly the Civil Rights Act, Title 42 of the United States Code, Sections 1983 and 1988. This action is brought for damages and other appropriate relief for violation of Mr. Carrazco's civil rights under color of state law.

5. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 in that this action arises under the laws of the United States of America and is premised on the acts and omissions of the Defendant acting under the color of state law.

6. This Court has supplemental subject matter jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

## PARTIES

7. Mr. Carrazco, currently and at all times relevant resided in the state of Colorado.

8. Mr. Carrazco is 33 years old and was an inmate at the Garfield County Jail in Glenwood Springs, Colorado from November 15, 2018 to July 1, 2019.

9. Mr. Carrazco's Garfield County Jail booking number was #55859.

10. Deputy Morrison, first name unknown (hereinafter "Defendant"), was an employee or contract employee of Garfield County and assigned to Garfield County Jail.

11. Upon information and belief, Plaintiff Carrazco spelled the female Deputy Morrison phonetically as "Morason" in his Grievance.

## FACTUAL ALLEGATIONS

12. On or about May 11, 2019, Mr. Carrazco was asleep in his cell when Defendant Morrison threw a deck of playing cards at him which hit him in the testicles, causing injury.

13. Since the incident, Mr. Carrazco has endured severe constant pain on a daily basis

and it has caused problems walking, decreased ability to lift heavy objects, and alterations to how he walks, sits and carries himself due to the pain and swelling of his testicles.

14. Mr. Carrazco has undergone a medical procedure to burn the nerves connected to his left testicle in an attempt reduce his constant pain, and will likely require future treatment for his constant pain.

15. Mr. Carrazco has had continued medical care since the incident, including surgery and rehabilitation.

16. At all times material to this action, Defendant was responsible for the correct and prompt response to the supervision and care of inmates in its custody and to keep them safe from harm, cruel, and/or unusual punishment.

17. Upon information and belief, pursuant to Garfield County Jail policy and procedure for inmates, Plaintiff Carrazco filed a Grievance regarding the incident, wherein he identified the female Deputy as "Morason".

18. At all times material to this action, Mr. Carrazco was an inmate held at Garfield County Jail and was subject to the custody and control of Garfield County Jail.

19. At all times material to this action, Mr. Carrazco required medical treatment due to the incident that is the subject of this lawsuit.

## FIRST CAUSE OF ACTION
### (42 SC § 1983)

20. The preceding paragraphs are here incorporated by reference.

21. Defendant has deprived Mr. Carrazco of his civil, constitutional and statutory rights, operating under color of state law and is liable to Mr. Carrazco under 42 USC § 1983.

22. Defendant, by throwing a full deck of playing cards with enough force to cause serious injury, deprived Mr. Carrazco his known civil rights to be free from excessive force and/or bodily injury.

23. Defendant's actions were the proximate cause of Mr. Carrazco's injuries.

24. Defendant caused harm, injury, pain and suffering to Mr. Carrazco due to Defendant throwing items at Mr. Carrazco.

25. Mr. Carrazco has been damaged as a result of Defendant's violation of Mr. Carrazco's civil rights.

## SECOND CAUSE OF ACTION
### (Unlawful use of force, Fourth and Fourteenth Amendment Violations)

26. The preceding paragraphs are here incorporated by reference.

27. Defendant used force on Mr. Carrazco by throwing a deck of playing cards and hitting Mr. Carrazco with enough force to cause serious injury.

28. In light of the facts and circumstances of Mr. Carrazco's injury, Defendant's use of force was blatantly unreasonable.

29. Defendant had no need to use any force on Mr. Carrazco and there was absolutely no threat to Defendant or other staff at the Garfield County detention center.

30. Defendant knew or should have known that this use of force presented a risk of harm to Mr. Carrazco, but Defendant recklessly disregarded Mr. Carrazco's safety by failing to take reasonable measures to minimize the risk of harm to Mr. Carrazco.

31. Defendant's conduct caused serious and ongoing injury to Mr. Carrazco.

32. Defendant's conduct violated the Fourth Amendment's prohibition on use of excessive force and violated the Fourteenth Amendment's right to due process.

## THIRD CAUSE OF ACTION
### (Battery – State Law Claim)

33. The preceding paragraphs are here incorporated by reference.

34. Defendant, without permission from Mr. Carrazco, intended on hitting Mr. Carrazco with the deck of playing cards, causing serious injury to Mr. Carrazco.

35. Defendant's actions show that Defendant intended on causing at least some harm to Mr. Carrazco.

36. Mr. Carrazco was seriously injured as a result of Defendant's unpermitted touching.

37. Mr. Carrazco suffered damages in an amount to be proven at trial.

### FOURTH CAUSE OF ACTION
**(Negligence – State Law Claim)**

38. The preceding paragraphs are here incorporated by reference.

39. Defendant, as a Garfield County Deputy, had a duty to not cause injury to Mr. Carrazco.

40. Defendant breached this duty by throwing and hitting Mr. Carrazco with a deck of playing cards with sufficient force to cause injury.

41. But for Defendant's actions, Mr. Carrazco would have not been injured.

42. It was reasonably foreseeable that by throwing a deck of playing cards at a person that an injury was possible.

43. Mr. Carrazco suffered damages to his left testicle causing pain and suffering, emotional distress, and financial damages, to which Defendant is fully and solely responsible.

### RIGHT TO AMEND

Mr. Carrazco reserves his right to amend this Complaint to include additional causes of action and parties as they arise and are discovered through discovery.

**WHEREFORE**, Plaintiff, Juan Carrazco, demands judgment against the Defendant, as follows:

a. The sum of $1,750,000.00;

      b.      The costs of bringing this suit, including reasonable attorney fees pursuant to 42 U.S.C. § 1988;

      c.      Post-Judgment interest; and,

      d.      Such other relief that this Court deems just and proper.

Dated this 10th day of May, 2021.

                Earl & Earl, PLLC

                */s/ Ryan T Earl*
                Ryan T Earl
                Attorney for Plaintiff

## VERIFICATION

STATE OF COLORADO   )
                    )ss
COUNTY OF GARFIELD  )

JUAN CARRAZCO, being first duly sworn upon oath, says:

That he has read the above foregoing Complaint; that he knows the contents thereof and believes that the facts stated herein are true.

JUAN CARRAZCO

SUBSCRIBED AND SWORN to before me this 7th day of May, 2021.

NOTARY PUBLIC FOR COLORADO

Residing at: 2820 S. Glen Ave, Glenwood Spgs CO 81601
Commission Expires: Dec. 9 2023

KRISTINA SMILOWITZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20194045924
My Commission Expires December 9, 2023

COMPLAINT- Page 7 of 7